THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC,<br><br>Plaintiff,<br><br>v.<br><br>HAMMER DOWN TRANSPORTATION INC,<br><br>Defendant. | CASE NO. C21-0840-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Default was entered against Defendant on July 30, 2021. (Dkt. No. 8.) Since then, Defendant has not appeared and Plaintiff has not moved for default judgment. It is thus ORDERED that within 30 days of this order, Plaintiff must file a motion or show cause why this case should not be dismissed for failure to prosecute.

DATED this 13th day of December 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-0840-JCC
PAGE - 1